action falls within the general six-year statute of limitations, or within the provision that in case of concealed fraud the action may be commenced within two years after discovery, the District Court correctly held that the action was barred.

Judgment affirmed.

PER CURIAM.

In view of the stipulation filed by Davis, the original plaintiff, and by the original defendant and third-party plaintiff, Associated Indemnity Corporation, in the District Court of the United States for the Middle District of Pennsylvania, the appeal in this cause has become moot. Accordingly it will be dismissed.

## DAVIS v. ASSOCIATED INDEMNITY CORPORATION (DANIELS, Third-Party Defendant).

### No. 8728.

Circuit Court of Appeals, Third Circuit.

Argued April 2, 1945.

Decided Aug. 20, 1945.

## WOLFHEIM v. STATE OF SOUTH DAKOTA.

### No. 13031.

Circuit Court of Appeals, Eighth Circuit.

Aug. 8, 1945.

Motion to Modify Denied Sept. 11, 1945.

Douglass D. Storey, of Harrisburg, Pa. (Storey & Bailey, of Harrisburg, Pa., on the brief), for appellants.

Elmer E. Harter, Jr., of Harrisburg, Pa. (Daniels & Harter, of Harrisburg, Pa., on the brief), for appellee.

Before BIGGS, ALBERT LEE STEPHENS, and McLAUGHLIN, Circuit Judges.